UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WAYNE PARKS, Plaintiff | CIVIL ACTION 5:25-CV-00819 |
| VERSUS | DISTRICT JUDGE WALTER |
| WARDEN., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 5) is DIMISSED WITHOUT PREJUDICE, as Parks failed to exhaust his claims in state court.

THUS ORDERED AND SIGNED in Chambers at __Shreveport__, Louisiana on this __10th__ day of __December__ 2025.

_____
JUDGE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE